UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: ST. RITA <u>Frischhertz</u>, No. 06-8821<br>PERTAINS TO: ST. RITA <u>Wagner</u>, No. 06-8761<br>PERTAINS TO: ST. RITA <u>Alonzo</u>, No. 06-8759 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTIONS

In each of the captioned individual cases, plaintiffs have filed motions to remand these matters to the 34th Judicial District Court for the Parish of St. Bernard. Record Doc. Nos. 1849, 1861 and 2174. In each case, the United States of America, which removed the cases to this court, has filed a "Notice of No Opposition to Plaintiff's Motion to Remand." Record Doc. No. 3 in Civil Action No. 06-8821, Record Doc. No. 3 in Civil Action No. 06-8761 and Record Doc. No. 3 in Civil Action No. 06-8759. There being no other opposition filed to these motions, and there being no basis for jurisdiction other than the claims against the United States,

**IT IS ORDERED** that the motions to remand are GRANTED and Civil Actions Nos. 06-8821, 06-8761 and 06-8759 are hereby REMANDED to the 34th Judicial District Court for the Parish of St. Bernard.

New Orleans, Louisiana, this   1st   day of March, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE